

| | |
|---|---|
| Riccardo Iaccarino | 3 Surrey Lane |
| Wendell V. Shepherd | Hempstead, NY 11550 |
| | Tel: 516.483.2990 |
| Matthew J. Berger* | Fax: 516.483.0566 |
| Danielle M. Carney | |
| Michele Harari | 379 Sunset Blvd. |
| Dana L. Henke | Wyckoff, NJ 07481 |
| Steven H. Kern | Tel: 914.592.1515 |
| Lauren M. Kugielska* | Fax: 914.592.3213 |
| Giacchino J. Russo | |
| Julie Pearlman Schatz* | *Also Admitted in NJ |
| Roy Barnes, Retired | www.bislawfirm.com |

**BARNES IACCARINO & SHEPHERD LLP**
ATTORNEYS AT LAW

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

January 31, 2024

Honorable Judge Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Trustees of the District Council No. 9, et al. v. Kasselman Electric Co., Inc.
       Docket No. 23-cv-10603 (LGS)

Dear Honorable Judge Schofield:

This office represents the plaintiffs, Trustees of the District Council No. 9 Painting Industry Insurance Fund et al. (hereinafter the "Plaintiff Funds") against the Defendant "Kasselman Electric Co., Inc. (hereinafter "Defendant Employer") in the above referenced matter. This letter makes reference to the Court Order of January 25, 2024 and serves to provide the Court with a status of this case and respectfully request an adjournment of the initial conference.

This matter involves the enforcement of a Collective Bargaining Agreement, more specifically, the Plaintiff Funds right to audit the books and records of the Defendant Employer. Although the Defendant Employer has not filed an Answer to the Complaint, the Defendant Employer has recently cooperated with the Plaintiffs' Fund Auditor and produced its books and records. The Plaintiff Funds' Auditor is in the process of reviewing all the documents. The Fund Auditor advised me that since it is a four-year audit it will take approximately 4-6 weeks to complete.

Accordingly, the Parties, on consent, respectfully request that the initial conference be adjourned to a date in March 2024 that is mutually convenient with the Court.

Kindly advise of the Court's decision regarding the parties' request.

Thank you for your assistance and courtesies.

Sincerely,

*Dana L Henke*

Dana L. Henke

cc: Kasselman Electric Co., Inc.

---

**Application GRANTED.** The initial pre-trial conference scheduled for February 21, 2024, is adjourned to **March 20, 2024, at 4:20 P.M.** The parties shall jointly file the materials described in the Order at Dkt. 6 no later than **March 13, 2024.** Counsel for Defendant shall file a notice of appearance in this matter by **February 7, 2024.**

Dated: February 2, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE